JONAS ALSTRUM *et ux.*, *Appellants*, v. THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, *Appellee.*

No. 16,502.

Appeal from Clay district court; SAM KIMBLE, judge. Opinion filed April 9, 1910. Affirmed.

*C. Vincent Jones,* and *W. B. Leslie,* for the appellants.
*M. A. Low,* and *Paul E. Walker,* for the appellee.

*Per Curiam:* There is no evidence that the deceased was on the track in a helpless condition. It is mere speculation and conjecture that he fell in a fit on the track. There is no evidence that he was on the track long enough for the engineer to stop the train before reaching him. Consequently the cause of action stated in the petition was not proved, and the demurrer to the evidence was rightfully sustained.

The judgment is affirmed.